No. 71–5674.　Lopez v. United States.　C. A. 9th Cir. Certiorari denied.

No. 71–5676.　Young v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 71–5678.　Bullock v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 71–5680.　Murphy v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 71–5681.　McKillop v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 71–5684.　Poweleit v. United States.　C. A. 4th Cir.　Certiorari denied.

No. 71–5688.　Woodard v. United States; and
No. 71–5727.　Cole v. United States.　C. A. 8th Cir. Certiorari denied.　Reported below: 449 F. 2d 194.

No. 71–5689.　Nachbaur v. Herman.　C. A. 2d Cir. Certiorari denied.

No. 71–5691.　Huffman v. Moore, Warden.　C. A. 6th Cir.　Certiorari denied.

No. 71–5692.　Brown v. Ohio.　Sup. Ct. Ohio.　Certiorari denied.

No. 71–5694.　Hunter v. United States.　C. A. 5th Cir.　Certiorari denied.

No. 71–5695.　Picking v. State Finance Corp. et al. C. A. 4th Cir.　Certiorari denied.

No. 71–5696.　Teague v. United States.　C. A. 6th Cir.　Certiorari denied.

No. 71–5699.　Alkes v. U. S. Board of Parole et al. C. A. 10th Cir.　Certiorari denied.